IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:11-CR-159-D |
| | § | |
| LARRY DEREK BLAIN (02), | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Fifth Circuit has remanded the appeal of defendant Larry Derek Blain ("Blain") in No. 12-10089 to determine whether the untimely filing of his notice of appeal was due to excusable neglect or good cause.

The court sentenced Blain on December 22, 2011. The judgment was entered on December 27, 2011. Blain signed his notice of appeal on January 22, 2012, within 30 days of the date the 14-day period for filing a notice of appeal expired.

In his June 5, 2012 response, Blain explains that he was unaware that he had any right of appeal because he "was under the misconception that [he] had waived any and all of [his] appellate rights, regardless." Resp. 1. He avers that he never discussed the topic of appeal with his attorney and that he is uncertain whether the court advised him of any appeal rights. Blain states that he later learned that there were still certain issues that were appealable and that, on learning this, he immediately sent his notice of appeal.

Blain has demonstrated that his failure to file a timely notice of appeal was the result either of excusable neglect or good cause.

The clerk of court is directed to transmit this order to the clerk of the United States Court of Appeals for the Fifth Circuit under the terms of that court's May 3, 2012 order in No. 12-10089.

**SO ORDERED**.

June 6, 2012.

                                                                                                 SIDNEY A. FITZWATER
                                                                                                 CHIEF JUDGE