## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 07, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 12-10089   USA v. Larry Blain
                     USDC No. 3:11-CR-159-2

The court has taken the following action in this case:

Motion to reopen case is denied.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk

Mr. Larry Derek Blain
Mr. David Michael Finn
Mr. James Wesley Hendrix
Ms. Karen S. Mitchell